HERBERT H. RAY, JR.
Alaska Bar No. 8811201
bert.ray@kyl.com
COURTNEY L. COLLINS
Alaska Bar No. 1311077
courtney.collins@kyl.com
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Defendant
TRIDENT SEAFOODS CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA MARINE RESPONSE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GLADIATOR, Official Number 598380, and its engines, tackle, gear, boats, apparel, furniture, cargo, contents, appurtenances, necessaries, and equipment, in rem, and TRIDENT SEAFOODS CORPORATION, in personam, <br><br> Defendants. | Case No. 3:16-cv-00113-SLG <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through counsel, hereby stipulate and agree, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), that any and all claims or counterclaims asserted in this matter are dismissed with prejudice. Each party shall bear its respective costs and fees.

DATED at Anchorage, Alaska this 17th day of April, 2017.

KEESAL, YOUNG & LOGAN
Attorneys for Defendant
TRIDENT SEAFOODS CORPORATION


s/ Herbert H. Ray, Jr.
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Phone: (907) 279-9696
Fax:    (907) 279-4239
E-mail:bert.ray@kyl.com
courtney.collins@kyl.com


DATED at Anchorage, Alaska this 17th day of April, 2017.

MARK C. MANNING, P.C.
Attorney for Plaintiff
ALASKA MARINE RESPONSE LLC


s/ Mark C. Manning    (with consent)
Mark C. Manning
Alaska Bar No. 8110066
1000 O'Malley Road, Suite 202
Anchorage, AK 99515
Phone: (907) 278-9794
Fax:   (907) 278-1169
Email:  manning@alaska.net

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Alaska Marine Response LLC. v. GLADIATOR and Trident Seafoods Corp., et al.*
Case No. 3:16-cv-00113-SLG

**ORDER**

IT IS HEREBY ORDERED that that any and all claims asserted in this matter are dismissed with prejudice. Each party shall bear their respective costs and fees.

DATED at Anchorage, Alaska this _____ day of April, 2017.

_____
SHARON L. GLEASON
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2017 I caused a true and correct copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Suite 202
Anchorage, AK 99515
manning@alaska.net

s/ Herbert H. Ray, Jr.

6282-25/#KYL4831-0724-7430.1

---

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Alaska Marine Response LLC. v. GLADIATOR and Trident Seafoods Corp., et al.*
Case No. 3:16-cv-00113-SLG

Page 3 of 3